■ ALPHONSUS MURTAGH, Appellant, v. JAMES McGRIFF, Respondent.— Motion by respondent to dismiss appeal denied, without prejudice to a renewal of the motion under section 578 of the Civil Practice Act in the event appellant's executrix be not substituted within the time prescribed by said section. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Pette, JJ., concur.

■ HENRY M. PADGETT, Respondent, v. CHAUNCEY A. ROGERS et al., Appellants.— Motion by respondent to dismiss appeals denied, on condition that the appeals be perfected and argued or submitted at the April Term (see Motion No. 152, *Padgett* v. *Rogers,* decided herewith). Motion by appellants to extend time to perfect appeals, granted on condition that they perfect the appeals and be ready to argue or submit them at the April Term, beginning March 27, 1961. The appeals are ordered on the calendar for said term. Motion by appellants to dispense with printing granted. The appeals will be heard on the original papers, including the typed minutes, and on appellants' typewritten briefs. Appellants are directed, on or before March 3, 1961, to file six copies of their typewritten brief or briefs and to serve one copy on the respondent. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Pette, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. STEPHEN CENDER, Appellant.— Motion by appellant to further enlarge his time to perfect the appeal, granted; time enlarged to the May Term, beginning April 24, 1961; appeal ordered on the calendar for said term. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Pette, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ELDRIDGE DUKES, Appellant.— On the court's own motion, the decision handed down May 2, 1960, as amended by the decision handed down September 26, 1960 (11 A D 2d 952), is further amended by striking out the designation of Mortimer C. O'Brien, Jr., Esq., as counsel to prosecute the appeal, and by designating Edward B. Willing, Esq., 22 West First Street, Mount Vernon, New York, as such counsel. The appellant's time to perfect the appeal is further enlarged to the May Term, beginning April 24, 1961; appeal ordered on the calendar for said term. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.